```
LAW OFFICES OF MARK S. NELSON
MARK S. NELSON, ESQ., CSB #131218
ANGELICA J. ANGUIANO, ESQ., CSB #289414
215 McHenry Avenue
Modesto, CA 95354
Telephone:  (209) 529-6055
Facsimile:  (209) 529-6061

Attorney for Debtor(s),
Dent, Nicholas and Jenni
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 19-91026 |
| NICHOLAS KENNETH DENT | Chapter 13 Proceeding |
| JENNI KARA DENT | D.C. No.: MSN-005 |
| | Date: July 20, 2021 |
| | Time: 1:00 p.m. |
| Debtor(s). | Place: 1200 "I" Street, Suite 200 Modesto, CA |
| | Dept.: B |
| | Judge: Hon. Christopher D. Jaime |

## MOTION TO SELL REAL PROPERTY

Nicholas and Jenni Dent, (hereinafter "Debtors"), hereby moves for entry of an order authorizing Debtors to sell real property as described herein. This Motion is based on the Notice of Motion, the Declaration of Nicholas and Jenni Dent, and the Exhibits to the Motion filed herewith, and the following points and authorities:

1. Debtors filed their Chapter 13 Bankruptcy case on November 18, 2019.

2. Debtors own real property located at 1708 Nutshell Court, Hughson, CA 95326, (the "Property").

3. Debtors have received an offer to purchase the Property for $527,000.00 (A Copy of the Purchase Agreement is filed herewith as Exhibit "A" in the List of Exhibits in Support of Debtors' Motion to Sell Real Property). Debtors have accepted the offer. By this Motion, Debtors have notified all interest parties and is requesting bankruptcy court approval.

4. Debtors Chapter 13 Plan provides for payment in full to creditors, with 100% plus interest at the Federal Judgment Rate of 1.57% to their filed and allowed general unsecured creditors.

5. Debtors will turn over net proceeds from the sale of the Property to the Trustee of $115,000.00, or the amount necessary, to pay off the plan.

6. Debtors are selling their home because they will be moving to Tennessee.

7. Debtors believe the sale price of $527,000.00 is equivalent to the fair market value of the Property.

8. Debtors will include the standard provisions in the order allowing the Trustee to coordinate the closing of the escrow.

9. For the foregoing reasons, Debtors submit that it is in the best interests of the bankruptcy estate that the Property be sold on the terms described herein.

WHEREFORE, Debtors requests that the Court

a. Approve sale of the Property as discussed herein for $527,000.00 on the terms described herein and in the supporting documents submitted herewith.;

b. Grant such other relief as the Court deems just and proper.

Law Offices of Mark S. Nelson

Dated: June 10, 2021

/S/ MARK S. NELSON
MARK S. NELSON, ESQ.
Attorney for Debtors.